432 A.2d 256

Smialek etc., Appellant v. Chrysler Motors Corp. et al.

Appeal of North Hills Passavant Hospital.

Argued November 12, 1980. Donald W. Bebenek, for North Hills Passavant Hospital, appellant, at No. 451 and appellee at No. 472. Dennis C. Harrington, for Smialek, appellant at No. 472 and appellee at No. 451; Thomas J. Reinstadtler, for Chrysler, appellee; Asher Wincoff, for Drewel, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Appeals quashed.